UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SANDRA BOND,

    Plaintiff,

v.

                                      Case No. 09-14804

HOPE NETWORK WEST MICHIGAN,    Hon. John Corbett O'Meara
a Michigan nonprofit corporation,

    Defendant.
_____/

## ORDER OF PARTIAL DISMISSAL

On December 9, 2009, Plaintiff filed a complaint alleging violations of the Americans with Disabilities Act ("ADA") and Michigan's People with Disabilities Civil Rights Act ("PWDCRA").[1] Although alleged violations of the ADA are cognizable in this court pursuant to 28 U.S.C. § 1331, the remaining allegations present claims based on state law. Since the parties to this matter are not diverse, this court declines to exercise supplemental jurisdiction over Plaintiff's PWDCRA claims so as to avoid jury confusion. See 28 U.S.C. § 1367(c); United Mine Workers v. Gibbs, 383 U.S. 715 (1966); Padilla v. City of Saginaw, 867 F. Supp. 1309 (E.D. Mich. 1994).

---

[1] Plaintiff filed an amended complaint on January 20, 2010, which did not change the substance of her claims.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's PWDCRA claims are DISMISSED.

s/John Corbett O'Meara  
United States District Judge

Date: February 12, 2010

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, February 12, 2010, using the ECF system and/or ordinary mail.

s/William Barkholz  
Case Manager